UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-32032 |
|---|---|
| Daniel L Wren | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072042**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 30 | Springfield Regional Medical Center<br>P.O. Box 951300<br>Cleveland, OH  44193 | 50.97 |
| 7/ 43 | Springfield Regional Medical Center<br>P.O. Box 951300<br>Cleveland, OH  44193 | 0.62 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service                09-32032

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Daniel L Wren
2016 Mitchell Blvd.
Springfield, OH  45503

DAVID M MARTIN
4 W MAIN STREET SUITE 707
SPRINGFIELD, OH  45502

(1.1n)
ASCENSION CAPITAL GROUP INC
ATTN CAPITAL ONE AUTO FINANCE
BOX 201347
ARLINGTON, TX  76006

(39.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(41.1n)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(44.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(45.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(30.4)
SPRINGFIELD REGIONAL MEDICAL C
BOX 951300
CLEVELAND, OH  44193

(30.1)
Springfield Regional Medical Center
P.O. Box 951300
Cleveland, OH  44193

(43.4)
SPRINGFIELD REGIONAL MEDICAL
CENTER AKA
COMMUNITY MERCY HEALTH PARTNERS
BOX 951300
CLEVELAND, OH  44193

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv